shall be fixed in the order. Settle order on notice. Present—Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

BENJAMIN WIRTSCHAFTER, Respondent, v. ARTHUR LEIBOWITZ et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present—Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [Order granted temporary injunction.]

■

A. B. C. PUBLICATIONS, INC., Appellants, v. NEW YORK TIMES COMPANY, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present—Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

In the Matter of ISIDOR REINHARD, Respondent, against M. MAL DEITCH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the production of the books and records for inspection and examination by petitioner-respondent shall be fixed in the order. Settle order on notice. Present—Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

In the Matter of ISIDOR REINHARD, Respondent, against M. MAL DEITCH, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. The date for the production of the books and records for inspection and examination by petitioner-respondent shall be fixed in the order. Settle order on notice. Present—Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

ARTHUR A. MARINO, Appellant, v. DOROTHY MARINO, Respondent.—Orders unanimously affirmed, with $20 costs and disbursements. No opinion. Present —Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

SMITH DAVIS CORPORATION, Respondent, v. ALFRED G. CAPLIN, Appellant.— Order unanimously modified by striking out item 3 set forth in the affidavit in support of the motion and, as so modified, affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present—Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

■

FILLAN J. MORAN, Respondent, v. BRANDTJEN & KLUGE, INC., Defendant and Third-Party Plaintiff-Appellant. ROBERT EDWARD, Third-Party Defendant-Respondent.— Order unanimously modified so as to allow items 1 to 10 inclusive of the examination before trial and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present—Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.